UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                                                    Hon. Gordon J. Quist

v.

                                                    Case No. 1:18-cr-00111

KENLEY PEIEAIR FULLER,

    Defendant.

_____/

## **ORDER**

This matter is before the Court on the government's motion for pretrial detention. The government sought defendant Kenley Peieair Fuller's detention on the basis of that he poses a danger to the community, 18 U.S.C. § 1342(f)(1), and that he poses a significant risk of flight, 18 U.S.C. § 3142(f)(2)(A). The Court conducted an evidentiary hearing on May 22, 2018, at which defendant was represented by counsel.

Having considered the evidence presented at the hearing, the parties' oral submissions, and the information in the Pretrial Services Report, and for the reasons stated on the record, the Court finds that the government has met its burden of proving by clear and convincing evidence that defendant poses a danger to the community. The Court finds, as explained on the record, that there is no condition or combination of conditions that will assure the safety of the community.

Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

DONE AND ORDERED on May 23, 2018.

    /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge